# United States Court of Appeals for the Fifth Circuit

---

No. 22-10677
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
April 25, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Mark Anthony Roy,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:21-CR-216-1

---

Before Wiener, Elrod, and Engelhardt, *Circuit Judges.*

Per Curiam:[*]

Mark Anthony Roy pleaded guilty to possession of a firearm after a felony conviction, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). The district court sentenced him to 75 months of imprisonment and three years of supervised release. Roy contends that § 922(g)(1) is unconstitutional.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-10677

Because Roy did not challenge the constitutionality of § 922(g) before the district court, we review only for plain error. *See United States v. Knowles*, 29 F.3d 947, 950 (5th Cir. 1994). To show plain error, the appellant must show a forfeited error that is clear or obvious and that affects his substantial rights. *Puckett v. United States*, 556 U.S. 129, 135 (2009). If the appellant makes such a showing, this court has the discretion to correct the error but only if it seriously affects the fairness, integrity, or public reputation of judicial proceedings. *Id.*

Roy argues that § 922(g) is unconstitutional because it exceeds Congress's power under the Commerce Clause. However, this argument is foreclosed by *United States v. Alcantar*, 733 F.3d 143 (5th Cir. 2013). *See United States v. Perryman*, 965 F.3d 424, 426 (5th Cir. 2020).

Roy also asserts that the Supreme Court's recent decision in *New York State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022), suggests that § 922(g)(1) is unconstitutional. An error is not clear or obvious where an issue is disputed or unresolved, or where there is an absence of controlling authority. *United States v. Rodriguez-Parra*, 581 F.3d 227, 230-31 (5th Cir. 2009). In fact, "[e]ven where the argument requires only extending authoritative precedent, the failure of the district court [to do so] cannot be plain error." *Wallace v. Mississippi*, 43 F.4th 482, 500 (5th Cir. 2022) (internal quotation marks and citation omitted). Because there is no binding precedent explicitly holding that § 922(g)(1) is unconstitutional and because it is not clear that *Bruen* dictates such a result, Roy is unable to demonstrate an error that is clear or obvious. *See Rodriguez-Parra*, 581 F.3d at 230-31.

AFFIRMED.